**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6441**

---

BRANDON LUIS CROSBY,

   Plaintiff - Appellant,

  v.

LARRY COLLINS, Unit Manager of C-Building; DAVID ROBINSON, Chief of Correctional Operations for Virginia Department of Corrections; RANDALL MATHENA, Director of Security and Correction Enforcement for Virginia Department of Corrections; LOIS FEGAN, Chief of Restorative Housing for Virginia Department of Corrections; JERMIAH FITZ, JR., Correctional Operations Administrator for Virginia Department of Corrections; ROSE DURBIN, Correctional Operations Manager for Virginia Department of Corrections; GREGORY HOLLOWAY, Regional Administrator for the Western Region of Virginia Department of Corrections; RICK WHITE, Warden at Red Onion State Prison; JOHNNY HALL, Major at Red Onion State Prison; JORDAN FLEMINGS, Building Lieutenant for C-Building at Red Onion State Prison; SERGEANT BURKE, Building Sergeant for C-Building at Red Onion State Prison; SERGEANT ROSENBOMB, Building Sergeant for C-Building at Red Onion State Prison; SERGEANT TERRI SMITH, Building Sergeant for C-Building at Red Onion State Prison; MARCUS ELAM,

   Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:24-cv-00234-MFU-CKM)

---

Submitted:  February 27, 2025         Decided:  March 3, 2025

---

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Brandon Luis Crosby, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Luis Crosby, a Virginia inmate, seeks to appeal the district court's order denying his motions for class certification and appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Crosby seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. To the extent Crosby's notice of appeal can be construed as a Fed. R. Civ. P. 23(f) petition for permission to appeal the denial of the class certification, permission is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3